

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2016

No. 04-16-00535-CV

**SAN ANTONIO RIVER AUTHORITY**,
Appellant

v.

**AUSTIN BRIDGE & ROAD, L.P.** and Hayward Baker Inc.,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 15-12-23406-CV
The Honorable Camile G. Dubose, Judge Presiding

## O R D E R

The court reporter responsible for filing the reporter's record in this appeal filed a notification of late record, in which she states the reporter's record has not been filed because appellant failed to file a designation of record and has failed to pay or make arrangements to pay the fee for preparing the reporter's record. TEX. R. APP. P. 34.6(b)(1).

We ORDER appellant to file written proof to this court on or before October 10, 2016, showing the filing of a designation of record with the court reporter. We also ORDER appellant to provide written proof to this court on or before October 10, 2016 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.

If appellant fails to respond within the time provided, appellant's brief will be due within thirty days from the date of this order, and the Court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court